UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ANGEL FERNANDES,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | 3:10-cv-00441-LRH (VPC)<br><br>ORDER |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#12) entered on November 30, 2010, in which the Magistrate Judge recommends that the Defendants' Motion to Dismiss Defendants Tronvig and Dowgiello (#6) be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#12); therefore, Defendants' Motion to Dismiss Defendants Tronvig and Dowgiello (#6) is GRANTED.

IT IS SO ORDERED.

DATED this 27th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE