UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ANGELA FERNANDES ) | |
| ) | |
| Plaintiff, ) | 3:10-cv-00441-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#23[1]) entered on March 21, 2012, recommending denying Plaintiff's Motion to Remand (#21) filed on June 13, 2011, and granting Defendant's Motion to Affirm (#19) filed on April 25, 2011. No objection to the Report and Recommendation has been filed. The document mailed to Plaintiff was returned to the Court marked "RTS - Attempted Not Known". The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

---

[1] Refers to court's docket number.

1  (#23) entered on March 21, 2012, should be adopted and accepted.

2  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#23) entered on March 21, 2012, is adopted and accepted, and Plaintiff's Motion to Remand (#21) is **DENIED**.

IT IS FURTHER ORDERED that Defendant's Cross Motion to Affirm (#19) is **GRANTED**.

IT IS SO ORDERED.

DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2